IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MARIA G. FRANCO MACIEL,           )
                                  )
            Plaintiff,            )     TC-MD 130424N
                                  )
      v.                          )
                                  )
DEPARTMENT OF REVENUE,            )
State of Oregon,                  )
                                  )
            Defendant.            )     **FINAL DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 9:30 a.m. on September 11, 2013, to consider Plaintiff's appeal. On August 14, 2013, the court sent notice of the scheduled case management conference to Plaintiff at the email address Plaintiff provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

On September 11, 2013, the court sent Plaintiff a letter that explained the importance of diligently pursuing an appeal. That letter sent to the address that Plaintiff provided to the court was not returned as undeliverable. The letter advised that if Plaintiff did not provide a written explanation by September 25, 2013, for her failure to appear, the court would dismiss this appeal. As of this date, Plaintiff has not submitted a written response to the court explaining her failure to appear at the September 11, 2013, case management conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of September 2013.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on September 30, 2013. The court filed and entered this document on September 30, 2013.*